UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                Plaintiff,

   v.

UNITED MICROELECTRONICS
CORPORATION,

                Defendant.

Case No. 16-cv-05270 (WHP)(JCF)

---

### STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL

WHEREAS, plaintiff International Business Machines Corporation ("IBM") filed a complaint on July 1, 2016, alleging that defendant United Microelectronics Corporation ("UMC") breached a licensing agreement between the two parties; and

WHEREAS, the parties have reached a resolution of the issues alleged in the complaint in this action; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation with prejudice;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows:

1. The parties hereby agree that the above-captioned action is dismissed and discontinued with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

2. This Stipulation of Settlement and any Order entered thereon shall have no precedential value or effect whatsoever and shall not be admissible in any other action or proceeding as evidence or for any other purpose except in an action or proceeding to enforce this Stipulation of Settlement.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

4.15.19

[signature]

CHAFFETZ LINDSEY LLP
1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
Fax (212) 257-6950

*Attorneys for Plaintiff International Business Machines Corporation*

Dated: April 12, 2019

[signature]

BLANK ROME
1825 Eye Street NW
Washington, D.C. 20006

*Attorneys for Defendant United Microelectronics Corporation*

Dated: April 12, 2019

**SO ORDERED:**

_____
United States District Judge

Dated: New York, New York

_____, 20__
    (date)